# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**WAUKEEN JOHNSON**                                                   **PLAINTIFF**

**v.**                         **No: 4:20-cv-00146 JM**

**MARSHALL,** *et al.*                                             **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 19th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE